Appeal transferred.

December 19, 1910.

————o————

5142.

(Court of Appeal, Parish of Orleans).

## MENTE & COMPANY vs. MARTIN ROUKE & COMPANY, ET AL.

Appeal discontinued and dismissed in accordance with stipulation of the parties.

Appeal from the Civil District Court, Division "D."

Dart & Kernan, for plaintiff and appellant.

Geo. Montgomery, Clegg, Quintero & Gidiere, for defendant and appellee.

GODCHAUX, J.—In accordance with the motion and stipulation of all parties at interest herein, the appeal is hereby dismissed.